

# Fourth Court of Appeals
## San Antonio, Texas

July 29, 2015

No. 04-15-00445-CR

Jeremiah **HINDMAN**,
Appellant

v.

The **STATE** of Texas

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR11660B
Honorable Sid L. Harle, Judge Presiding

**ORDER**

In accordance with the court's opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on July 29, 2015.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of July, 2015.

_Keith E. Hottle_
Keith E. Hottle, Clerk